MARK D. FLANAGAN (SBN 130303)
mark.flanagan@wilmerhale.com
ELIZABETH I. ROGERS (SBN 226234)
elizabeth.rogers@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

PETER J. MACDONALD (*admitted pro hac vice*)
MICHAEL GRANNE (*admitted pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant
WITNESS SYSTEMS, INC.


RONY SAGY (BAR NO. 112219)
rony.sagy@sagylaw.com
BARBARA L. GATELY (Bar No. 76497)
Barbara.gately@sagylaw.com
930 Montgomery Street, Suite 600
San Francisco, CA 94133
Tel.: (415) 986-0900
Fax.: (415) 956-3950

Attorneys for Plaintiff DORON ASPITZ

*E-FILED 5/7/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| DORON ASPITZ, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>WITNESS SYSTEMS, INC., a Delaware corporation, and DOES 1 through 50,<br><br>    Defendants. | Case No. 5:07-CV-02068 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING**<br><br>Date:  June 6, 2007<br>Time:  9:30 a.m.<br>Place:  Courtroom 4, 5th Floor<br><br>The Hon. Richard Seeborg<br>United States Magistrate Judge |

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING HEARING

WHEREAS on April 30, 2007, this Court Ordered that the motion to dismiss filed by defendant, Witness Systems, Inc. ("Witness Systems"), and the motion to amend the complaint and for remand filed by plaintiff, Doron Aspitz ("Aspitz"), shall be heard on June 6, 2007 at 9:30 a.m.;

WHEREAS lead counsel for Witness Systems, Peter J. Macdonald, who is admitted *pro hac vice* in this action, has a previously scheduled court appearance in the United States District Court for the District of Massachusetts on June 6, 2007; and

WHEREAS counsel for Witness Systems has requested, and counsel for Aspitz has agreed, to avoid the conflict by seeking to reschedule the hearing on the motions in this case;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Witness Systems and Aspitz that the parties respectfully request that the Court enter the accompanying [Proposed] Order rescheduling the hearing on the motions pending in this case to June 13, 2007 at 9:30 a.m., or to another date that is convenient for the Court.

Respectfully submitted,

DATED: May 7, 2007          WILMER CUTLER PICKERING
                            HALE AND DORR LLP

                            /S/
                            _____
                            Elizabeth I. Rogers

                            Counsel for defendant,
                            WITNESS SYSTEMS, INC.

DATED: May 7, 2007          SAGY LAW ASSOCIATES LLP

                            /S/
                            _____
                            Rony Sagy

### SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 7th day of May at Palo Alto, California.

/S/
_____
Elizabeth I. Rogers, Esq.

*Wilmer Cutler Pickering Hale and Dorr LLP*
*1117 California Avenue*
*Palo Alto, CA 94304*

**[PROPOSED] ORDER**

The Court hereby GRANTS the parties' stipulated request to reschedule the hearing on the motion to dismiss filed by defendant Witness Systems Inc., and the motion to amend the complaint and for remand filed by plaintiff Doron Aspitz. The hearing previously scheduled for June 6, 2007 at 9:30 a.m. is now rescheduled to June 13, 2007 at 9:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: May 7, 2007

_____
Richard Seeborg
United States Magistrate Judge